UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARA M. BARNEY and TROY E. PRITCHARD,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 3:18-cv-00121-LRH-WGC<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiffs Kara M. Barney and Troy E. Pritchard and Defendant American Family Mutual Insurance Company hereby stipulate under FRCP 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, cause of action, and parties, with each party bearing its own attorney's fees and costs.

Dated: September 18, 2018.

LEMONS, GRUNDY & EISENBERG

/s/ Todd R. Alexander

Todd R. Alexander, Esq. (10846)
Dane A. Littlefield, Esq. (14080)
*Attorneys for Plaintiff*

Dated: September 24, 2018.

HUTCHISON & STEFFEN, PLLC

_____
Scott A. Flinders (6975)
*Attorney for Defendant*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

DATED this 25th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE